# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHEENA FARMER                                                                                    PLAINTIFF

v.                                    NO. 3:16-cv-00088 PSH

CAROLYN W. COLVIN, Acting Commissioner                                          DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 20th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE